JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HCT ASIA LTD., | Case No. 8:20−cv−00238−JLS−ADS |
| Plaintiff, | **ORDER** |
| v. | |
| SEACLIFF BEAUTY PACKAGING AND LABORATORIES, INC., | |
| Defendant. | |

## <u>ORDER</u>

Pursuant to Plaintiff's Notice of Dismissal, this matter is ordered dismissed.

IT IS SO ORDERED.


Dated: 02/24/2020

JOSEPHINE L. STATON

HONORABLE JOSEPHINE L. STATON
United States District Judge